IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES LONG, ) | CHAPTER 13 |
| EULA LONG, ) | CASE NO. 08-31942 |
| ) | |
| DEBTORS. ) | |

**RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM
OF RICE ACCEPTANCE COMPANY**

COMES NOW Rice Acceptance Company, by and through its attorney of record, Parnell & Crum, and files this response to the Trustee's objection to its claim. In support thereof, Rice Acceptance Company would show this court as follows:

1. The Debtors filed the instant Chapter 13 proceeding on September 23, 2008. The deadline for filing claims in the case was February 4, 2009.

2. Rice Acceptance Company filed a claim in the case on July 14, 2009. The claim was docketed as Claim No. 12 and was filed in the amount of $5084.99.

3. The Trustee has objected to the claim of Rice Acceptance Company because it was filed after the deadline for filing claims in the case.

4. Rice Acceptance Company does not dispute that the claim was filed after the bar date. However, Rice Acceptance Company was not properly listed as a creditor in this case. While the Debtors attempted to list Rice Acceptance Company as a creditor, it listed an address of 111 South Court Street, Montgomery, Alabama, 36104. The proper address for Rice Acceptance Company is 2803 East South Blvd., Montgomery, Alabama, 36116. Due to the incorrect address, Rice Acceptance Company did not receive notice of the Chapter 13 filing.

5. If the claim of Rice Acceptance Company is disallowed as a result of having been late filed, Rice Acceptance Company would ask that a determination be made that it was not properly listed as a creditor and, therefore, the debt would not be discharged upon completion of the Chapter 13 case.

WHEREFORE, THE PREMISES CONSIDERED, Rice Acceptance Company respectfully requests that the Trustee's objection to its claim be overruled or, in the alternative, that the claim of

Rice Acceptance Company be considered non-dischargeable in the Debtors' Chapter 13 case. Rice Acceptance Company asks for whatever other or additional relief to which it was entitled.

Respectfully submitted,

PARNELL & CRUM, P.A.

/s/ Charles N. Parnell, III
By: CHARLES N. PARNELL, III
Attorney for Rice Acceptance Company

OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing response to the following parties, this the __31st__ day of July, 2009.

Hon. Curtis C. Reding
Trustee
Post Office Box 173
Montgomery, Alabama 36101

Hon. Teresa Jacobs
Bankruptcy Court Adm.
One Church Street
Montgomery, Alabama 36104

Hon. Richard Shinbaum
Attorney for Debtor
Post Office Box 201
Montgomery, Alabama 36101-0201

James & Eula Long
Debtors
4616 Clint Court
Montgomery, Alabama 36106

/s/ Charles N. Parnell, III
CHARLES N. PARNELL, III